

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEND
ENTER / JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 07-1677-PSG (VBKx)    Date July 23, 2007

Title: Sprinkles Cupcakes, Inc. -vs- Four Unlikely Friends, LLC.

Present. The Honorable Philip S. Gutierrez, U.S. District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

Proceedings.  ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated ____07-17-07____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer ____wkh____

DOCKETED ON CM
JUL 24 2007
BY             010

CV-74 (08/97)    CIVIL MINUTES -REOPENING/CLOSING